## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JOHN ALEXANDER PARKER**                                                    **PLAINTIFF**

**v.**                                                           **CAUSE NO. 1:14CV1-LG-JCG**
                                              *consolidated with* **1:15CV226-LG-JCG**

**STATE OF MISSISSIPPI**
**and JOHNNIE DENMARK**                                                **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

**BEFORE THE COURT** is the Report and Recommendation [19] entered by

United States Magistrate Judge John C. Gargiulo.  Judge Gargiulo recommends

that these consolidated cases filed by John Alexander Parker should be dismissed

with prejudice for failure to exhaust state court remedies.  After reviewing the

Report and Recommendation, the record in this matter, and the applicable law, the

Court finds that the Report and Recommendation should be adopted as the opinion

of this Court and this lawsuit should be dismissed with prejudice.

### DISCUSSION

On January 2, 2014, Parker filed his first Petition for Writ of Habeas Corpus,

which was assigned cause number 1:14cv1-LG-JCG.  On July 13, 2015, Parker filed

his second Petition for Writ of Habeas Corpus, which was assigned cause number

1:15cv226-LG-JCG.  Judge Gargiulo recommends that both petitions be dismissed

with prejudice, because Parker failed to exhaust his state court remedies prior to

filing his petitions before this Court.  Judge Gargiulo further found that Parker is

barred from further pursuing these matters in state court in a procedurally proper

manner.  Parker has not objected to Judge Gargiulo's Report and Recommendation.

Where no party has objected to the Magistrate Judge=s report and recommendation, the Court need not conduct a de novo review of it.  *See* 28 U.S.C. ' 636(b)(1) (AA judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.@)  In such cases, the Court need only satisfy itself that there is no clear error on the face of the record.  *Douglass v. United Serv. Auto Ass=n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Gargiulo's Report and Recommendation is neither clearly erroneous nor contrary to law. Therefore, the Court finds that the Report and Recommendation entered by Judge Gargiulo should be adopted as the opinion of this Court and these consolidated cases should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [19] entered by United States Magistrate Judge John C. Gargiulo is **ADOPTED** as the opinion of this Court.  These consolidated cases are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE