IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN ALEXANDER PARKER**                                                                  **PLAINTIFF**

v.                                                          CAUSE NO. 1:14CV1-LG-JCG
                                              *consolidated with* 1:15CV226-LG-JCG

**STATE OF MISSISSIPPI**
**and JOHNNIE DENMARK**                                                              **DEFENDANTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus cases, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

  X   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

___ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE