IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN ALEXANDER PARKER**                                        **PLAINTIFF**

v.                                           **CAUSE NO. 1:14CV1-LG-JCG**
*consolidated with* **1:15CV226-LG-JCG**

**STATE OF MISSISSIPPI**
and **JOHNNIE DENMARK**                                     **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [19] entered by United States Magistrate Judge John C. Gargiulo, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [19] entered by United States Magistrate Judge John C. Gargiulo, be, and the same hereby is, **ADOPTED** as the finding of this Court. These consolidated cases are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE